IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKIE LYN WRIGHT,<br><br>    Petitioner,<br><br>    vs.<br><br>DARYL ADAMS,<br><br>    Respondent.<br>_____/ | 1:05-cv-0419 OWW GSA (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #14)<br><br>THIRTY DAY DEADLINE |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On November 13, 2007, petitioner filed a motion to extend time to file objections to the magistrate judge's findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his objections to magistrate judge's findings and recommendations.

    IT IS SO ORDERED.

Dated:   **December 12, 2007**               **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE