UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

FEB 6 2008 

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

BUCKIE LYN WRIGHT,

vs.

DARYL ADAMS,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:05-CV-419 OWW/GSA HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

_____

__X__   Denied for the following reason:

ALLEGES CONSTITUTIONAL ERROR. NO ISSUE PRESENTED THAT IS DEBATEABLE AMONG JURISTS OF REASON

Dated: 2-5-08

_____
OLIVER W. WANGER
United States District Judge